STATE v. JONES

No. 395A91-2

Case below: Superior Court Wake Co.

336 N.C. 229

Petition by defendant for writ of supersedeas denied 9 February 1995. Petition by defendant for writ of certiorari to review the order of the Superior Court, Wake County denied 9 February 1995.

STATE v. JOYCE

No. 622P94

Case below: 97 N.C.App. 464

Petition by defendant (Pro Se) for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 9 February 1995.

STATE v. KALEY

No. 38A95

Case below: 948SC142 20 December 1994

Petition by Attorney General for writ of supersedeas denied 9 February 1995 on condition defendant's bond remains in effect.

STATE v. ROBINSON

No. 261A92-2

Case below: 339 N.C. 263

Motion by defendant for stay of execution denied 27 January 1995.

STATE v. ROUSE

No. 120A92

Case below: 339 N.C. 59

Motion by defendant for temporary stay of mandate denied 19 January 1995. Motion by defendant for reconsideration of opinion denied 19 January 1995.